UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KEVIN BACHHUBER, *on behalf of himself and others similarly situated*, Plaintiff, v. PAGE OPERATIONS LLC Defendant. | Civil Action No.: 3:25-cv-00648-wmc<br><br>Honorable Judge William Conley<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

HERE COMES NOW Plaintiff, Kevin Bachhuber, by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), to give notice to the Court of the dismissal of this action without prejudice.

By */s/ Alex Phillips*
Alex Phillips
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
aphillips@straussborrelli.com

Anthony Paronich
**PARONICH LAW, P.C.**
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

*Attorneys for Plaintiff*